# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER BITTOLA AND
DANNA BITTOLA, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR
CHILD, ALEXANDER BITTOLA

NO. 2021 CW 0742

VERSUS

NEKITA HARMON, OLD REPUBLIC
INSURANCE COMPANY, GELCO
CORPORATION AND 3M COMPANY

OCTOBER 1, 2021

---

In Re:    Danna Bittola, individually and on behalf of her minor child, Alexander Bittola, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-10797.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT NOT CONSIDERED.** The writ application does not include a copy of the petition for damages and the motion in limine at issue, along with any attachments and memorandum in support, defendants' opposition to the motion in limine and any attachments, and the pertinent court minutes from the contradictory hearing on the motion. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8), (9), and (10).

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before October 30, 2021 and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
FOR THE COURT